**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 19, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-20996
Summary Calendar

RONALD G HARRIS, et al.,

Plaintiffs,

RONALD G HARRIS; SUSETTE M HARRIS,

Plaintiffs-Appellants,

versus

UNITED STATES OF AMERICA; CARABETH LUCKEY, Officially and
Individually; BARBARA HOWZE, Officially and Individually; JOSEPH
MACALUSO, Officially and Individually; DON H WILLIAMS, Officially
and Individually; PENNY SON, Officially and Individually,

Defendants-Appellees.

-----------------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:03-CV-4395
-----------------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED for reasons stated by the District Court.[1]

---

[*] Pursuant to the 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under limited
circumstances set forth in 5TH CIR. R. 47.5.4.

[1] *See* 5th Cir. R. 47.6.